190682-6

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
MAY 26 2010
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| United States of America | ) |
| v. | ) |
| Eugene Anthony Thomas | ) Case No. 1:10-mj- 309 |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Eugene Anthony Thomas, a/k/a "Tony Thomas",
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Hobbs Act Robbery in violation of Title 18, United States Code Section, 1951.

RECEIVED
UNITED STATES MARSHAL
2010 MAY 25 P 3:20
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

Date: 5-25-10

/s/
Thomas Rawles Jones, Jr.
United States Magistrate Judge

City and state: Alexandria, Virginia

---

**Return**

This warrant was received on *(date)* 5/25/10, and the person was arrested on *(date)* 5/25/10
at *(city and state)* Fairfax County, VA

Date: 5/26/10

*Arresting officer's signature*

MARK Ambrosino, Special Agent
*Printed name and title*