IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
IN OPEN COURT

JUL ?9 2010

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| UNITED STATES OF AMERICA | ) |
|---|---|
| v. | ) CRIMINAL NO. 1:10CR279 |
| EUGENE ANTHONY THOMAS, | ) |
| Defendant. | ) |

## CRIMINAL INFORMATION

### Count 1

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about March 20, 2010, in Alexandria, Virginia, within the Eastern District of Virginia, the defendant, EUGENE ANTHONY THOMAS, did knowingly and unlawfully use, carry, brandish and discharge a firearm, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely: interference with commerce by means of robbery, in violation of Title 18, United States Code, Section 1951(a).

(In violation of Title 18, United States Code, Section 924(c)(1)(A)(iii))

## Count 2

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about April 10, 2010, in Arlington County, Virginia, within the Eastern District of Virginia, the defendant, EUGENE ANTHONY THOMAS, did knowingly and unlawfully use, carry and brandish a firearm, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely: interference with commerce by means of robbery, in violation of Title 18, United States Code, Section 1951(a).

(In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii))

Respectfully submitted,

Neil H. MacBride
United States Attorney

Jonathan L. Fahey
Assistant United States Attorney