IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 1:10CR279 |
| | ) |
| EUGENE ANTHONY THOMAS, | ) |
| | ) |
| Defendant. | ) |

FILED IN OPEN COURT
JUL 29 2010
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## STATEMENT OF FACTS

1. On or about March 20, 2010, the defendant, armed with a firearm, entered a Sunoco gas station and convenience store at 2838 Duke Street, Alexandria, Virginia, within the Eastern District of Virginia with the intention of robbing it. The defendant brandished a firearm and robbed the clerk of $300 in United States currency. The defendant discharged the firearm during this robbery. The defendant then fled the scene.

2. Sunoco is an international company that has approximately 4600 retail outlets in 24 states. Approximately 25% of the customers from the Duke Street Store are from out of state. As a result of the March 10 robbery, the store located at 2838 Duke Street in Alexandria, Virginia was forced to close for a brief period of time, affecting interstate commerce.

3. On or about April 10, 2010, the defendant, armed with a firearm, entered a BP gas station on Wilson Boulevard in Arlington, Virginia, within the Eastern District of Virginia. The defendant handed the clerk a ten dollar bill and requested change. When the clerk opened the cash register, the defendant pulled out a hand gun and pointed it at the clerk and demanded money. The clerk surrendered approximately $200 to the defendant, who fled the scene.

1

4. BP is a worldwide energy corporation. The store that the defendant robbed receives its gasoline from Eastern Petroleum Corporation, located in Annapolis, Maryland. The gasoline is delivered to the station by Colonial Pipeline Company, headquartered in Alpharetta, Georgia. As a result of the robbery, the station was forced to close for two hours, affecting interstate commerce.

5. On or about February 4, 2010, the defendant, armed with a firearm, robbed a Citgo gas station on Rectory Lane in Fairfax County, Virginia.

6. On or about February 13, 2010, the defendant, armed with a firearm, robbed a Shell gas station on Backlick Road in Fairfax County, Virginia.

7. On or about February 22, 2010, the defendant, armed with a firearm, robbed the Quick Mart on Columbia Pike in Fairfax County, Virginia.

8. On or about March 12, 2010, the defendant, armed with a firearm, robbed a Liberty Gas Station on Richmond Highway in Fairfax County, Virginia.

9. On or about March 12, 2010, the defendant, armed with a firearm, robbed a Sunoco gas station on Franconia Road in Fairfax County, Virginia.

10. On or about March 19, 2010, the defendant, armed with a firearm, robbed 7-11 convenience store on Rolling Road in Fairfax County, Virginia.

11. On or about March 28, 2010, the defendant, armed with a firearm, robbed Don's Shell on Old Keene Mill Road, in Fairfax County, Virginia.

12. On or about April 2, 2010, the defendant, armed with a firearm, robbed Landmark Florist in Alexandria, Virginia.

13. On or about April 12, 2010, the defendant, armed with a firearm, robbed a BP Gas Station on Columbia Pike in Fairfax County, Virginia.

14. On or about April 18, 2010, the defendant, armed with a firearm, robbed a Subway restaurant on Leesburg Pike in Fairfax County.

15. The acts taken by the defendant, EUGENE ANTHONY THOMAS, in furtherance of the offenses charged in this case, including the acts described above, were done willfully and knowingly with the specific intent to violate the law. The defendant acknowledges that the foregoing statement of facts does not describe all of the defendant's conduct relating to the offenses charged in this case nor does it identify all of the persons with whom the defendant may have engaged in illegal activities. The defendant further acknowledges that he is obligated under his plea agreement to provide additional information about this case beyond that which is described in this statement of facts.

Respectfully submitted,

Neil H. MacBride
United States Attorney

By: *[signature]*
Jonathan Fahey
Assistant United States Attorney

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, EUGENE ANTHONY THOMAS and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

3

_____
EUGENE ANTHONY THOMAS

I am EUGENE ANTHONY THOMAS's attorney. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____
Aamra Ahmad, Esquire

4