IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

United States of America          )
                                  )
            v.                    )       Case No. 1:10cr279(GBL)
                                  )
Eugene Anthony Thomas,            )
                                  )
            Defendant.            )

### ORDER

THIS MATTER is before the Court on Defendant's Motion for Revocation of Detention Order (Dkt. No. 16).  For the reasons stated in open court on Thursday, July 29, 2010, it is hereby

ORDERED that Defendant's Motion for Revocation of Detention Order is DENIED.

The Clerk is directed to forward a copy of this Order to counsel.

Entered this 30ᵗʰ day of July, 2010.

Alexandria, Virginia                    /s/
                              _____
                              Gerald Bruce Lee
                              United States District Judge