UNDER SEAL ~~Held in open court~~

Date: 7/31/15  Judge: Lee
Reporter: R. Wilson  Time: 9:07 To 9:15
Interpreter: _____ Language: _____

Case Number: 1:10 cr 279

UNITED STATES of AMERICA

Vs.

Anthony Thomas

Todd Richman  Jonathan Fahey
Counsel for Defendant  Counsel for Government

Matter called for:
( ) Motions ( ) Setting Trial Date ( ) Change of Plea Hrg. (✓) Rule 35
( ) Arraignment ( ) Appeal from USMC ( ) Sentencing ( ) Rule 20 & Plea
( ) Probation/Supervised Release Hrg. ( ) Pre-Indictment Plea ( ) Other: _____

Defendant appeared: (✓) in person ( ) failed to Appear
(✓) with Counsel ( ) without counsel ( ) through counsel

Filed in open court:
( ) Criminal Information ( ) Plea Agreement ( ) Statement of Facts ( ) Waiver of Indictment ( ) Discovery Order ( ) Consent Order of Forfeiture ( ) Gov't Motion to Dismiss count(s) ( ) Proposed Order

Arraignment & Plea: Defendant withdrew his not guilty plea and
( ) WFA ( ) FA ( ) PG ( ) PNG  Trial by Jury: ( ) Demanded ( ) Waived

Defendant entered Plea of Guilty as to Count(s) _____ Plea Accepted ( )

Defendant directed to USPO for PSI: ( ) Yes ( ) No
Case continued to _____ at 9:00 a.m. _____
_____ for: ( ) Jury Trial ( ) Bench Trial ( ) Sentencing

( ) Release Order Entered (✓) Deft. Remanded ( ) Deft. Released on Bond ( ) Deft. Continued on Bond

Defendant is: (✓) In Custody ( ) Summons Issued ( ) On Bond ( ) Warrant Issued ( ) 1st appearance

Email: _____

Reduce 420 to 210 mos requested by gov't; Δ req. a larger reduction. Δ to confer w/ client; call chambers after conferring w/ gov't and tell chambers the name of the institution to put in the order.
Findings stated: 12 armed robberies + used a gun. Granted reduced to 210 mos. w/ same conds. + dir. the BOP to redesignate.