IN THE UNITED STATES COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 1:10-cr-279 |
| | ) | Civil No. 1:16-cv-744 |
| EUGENE ANTHONY THOMAS, | ) | Hon. Gerald Bruce Lee |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

The defendant in the above-styled case hereby notes his appeal to the United States Court of Appeals for the Fourth Circuit from the final memorandum opinion and order (Doc. 56) filed in this court on the 12th day of September, 2017.

Respectfully submitted on this 10th day of November, 2017.

                                                    Respectfully submitted,

                                                    Eugene Anthony Thomas

                                                    _____/s/_____
                                                    Frances H. Pratt, Esq.
                                                    Assistant Federal Public Defender
                                                    Virginia Bar No. 79714
                                                    Attorney for Defendant
                                                    Office of the Federal Public Defender
                                                    1650 King Street, Suite 500
                                                    Alexandria, VA 22314
                                                    Tel:   (703) 600-0815
                                                    Fax:  (703) 600-0880
                                                    E-mail: Fran_Pratt@fd.org

# CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2017, I will electronically file the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    Christopher Catizone, Esq.
    Jonathan Fahey, Esq.
    Office of the U.S. Attorney
    2100 Jamieson Avenue
    Alexandria, VA 22314
    Christopher.Catizone@usdoj.gov
    Jonathan.Fahey@usdoj.gov

Pursuant to the Electronic Case Filing Policies and Procedures, a courtesy copy of the foregoing pleading will be delivered to Chambers within one business day of the electronic filing.

By:       /s/
Frances H. Pratt, Esq.
Assistant Federal Public Defender
Virginia Bar No. 79714
Attorney for Defendant
Office of the Federal Public Defender
1650 King Street, Suite 500
Alexandria, VA 22314
Tel:    (703) 600-0815
Fax:   (703) 600-0880
E-mail: Fran_Pratt@fd.org