AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| UNITED STATES | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:10-CR-279 |
| EUGENE ATHONY THOMAS | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

the United States                                                                                   .

Date:   05/23/2018

/s/ William G. Clayman
*Attorney's signature*

William G. Clayman - USAO
*Printed name and bar number*

2100 Jamieson Avenue
Alexandria, VA 22314
*Address*

william.g.clayman@usdoj.gov
*E-mail address*

(703) 299-3744
*Telephone number*

(703) 299-3980
*FAX number*