FILED: November 19, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-7513
(1:10-cr-00279-GBL-1)
(1:16-cv-00744-GBL)

_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

EUGENE ANTHONY THOMAS, a/k/a Tony Thomas

    Defendant - Appellant

_____

O R D E R

_____

The court dismisses this proceeding for failure to prosecute pursuant to Local Rule 45.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk