FILED: November 19, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-7513
(1:10-cr-00279-GBL-1)
(1:16-cv-00744-GBL)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

EUGENE ANTHONY THOMAS, a/k/a Tony Thomas

    Defendant - Appellant

_____

RULE 45 MANDATE
_____

This court's order dismissing this appeal pursuant to Local Rule 45 takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

/s/Patricia S. Connor, Clerk