

**UNITED STATES DISTRICT COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. **1:10-CR-00279-GBL** <br> (write the number of your criminal case) |
| v. | MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) (Compassionate Release) |
| **EUGENE ANTHONY THOMAS** <br> Write your full name here. | (*Pro Se* Prisoner) |

---

**NOTICE**

The public can access electronic court files. Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

Does this motion include a request that any documents attached to this motion be filed under seal? (Documents filed under seal are not available to the public.)

 ☑ Yes

☐ No

If you answered yes, please list the documents in section IV of this form.

Page 1 of 6

RECEIVED

## I. SENTENCE INFORMATION

Date of sentencing: __DECEMBER 3, 2010__

Term of imprisonment imposed: __35 YEARS 420 MONTHS__

Approximate time served to date: __10 YEARS__

Projected release date: __SEPTEMBER 9, 2025__

Length of Term of Supervised Release: __5 YEARS__

Have you filed an appeal in your case?

☑ Yes

☐ No

Are you subject to an order of deportation or an ICE detainer?

☐ Yes

☑ No

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES[1]

18 U.S.C. § 3582(c)(1)(A) allows you to file this motion (1) after you have fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on your behalf, or (2) 30 days after the warden of your facility received your request that the warden make a motion on your behalf, whichever is earlier.

Please include copies of any written correspondence to and from the Bureau of Prisons related to your motion, including your written request to the Warden and records of any denial from the Bureau of Prisons.

---

[1] The requirements for this compassionate release motion being filed with the court differ from the requirements that you would use to submit a compassionate release request to the Bureau of Prisons. This form should only be used for a compassionate release motion made to the court. If you are submitting a compassionate release request to the Bureau of Prisons, please review and follow the Bureau of Prisons program statement.

Have you personally submitted your request for compassionate release to the Warden of the institution where you are incarcerated?

☑ Yes, I submitted a request for compassionate release to the warden on
MAY 18, 2020

☐ No, I did not submit a request for compassionate release to the warden.

If no, explain why not:

_____

_____

Was your request denied by the Warden?

☑ Yes, my request was denied by the warden on (date): JUNE 29, 2020.

☐ No. I did not receive a response yet.

### III. GROUNDS FOR RELEASE

Please use the checkboxes below to state the grounds for your request for compassionate release. Please select all grounds that apply to you. You may attach additional sheets if necessary to further describe the reasons supporting your motion. You may also attach any relevant exhibits. Exhibits may include medical records if your request is based on a medical condition, or a statement from a family member or sponsor.

### A. Are you 70 years old or older?

☐ Yes.

☑ No.

If you answered no, go to Section B below. You do not need to fill out Section A.

If you answered yes, you may be eligible for release under 18 U.S.C. § 3582(c)(1)(A)(ii) if you meet two additional criteria. Please answer the following questions so the Court can determine if you are eligible for release under this section of the statute.

Have you served 30 years or more of imprisonment pursuant to a sentence imposed under 18 U.S.C. § 3559(c) for the offense or offenses for which you are imprisoned?

☐ Yes.

☑ No.

Has the Director of the Bureau of Prisons determined that you are not a danger to the safety of any other person or the community? N/A

☐ Yes.

☐ No.

**B. Do you believe there are other extraordinary and compelling reasons for your release?**

☑ Yes.

☐ No.

If you answered "Yes," please check all boxes that apply so the Court can determine whether you are eligible for release under 18 U.S.C. § 3582(c)(1)(A)(i).

- ☐ I have been diagnosed with a terminal illness.

- ☐ I have a serious physical or medical condition; a serious functional or cognitive impairment; or deteriorating physical or mental health because of the aging process that substantially diminishes my ability to provide self-care within the environment of a correctional facility, and I am not expected to recover from this condition.

- ☐ I am 65 years old or older and I am experiencing a serious deterioration in physical or mental health because of the aging process.

- ☐ The caregiver of my minor child or children has died or become incapacitated and I am the only available caregiver for my child or children.

- ☐ My spouse or registered partner has become incapacitated and I am the only available caregiver for my spouse or registered partner.

- ☑ There are other extraordinary and compelling reasons for my release.

Page 4 of 6

Please explain below the basis for your request. If there is additional information regarding any of these issues that you would like the Court to consider but which is confidential, you may include that information on a separate page, attach the page to this motion, and, in section IV below, request that that attachment be sealed.

I am writing this request, because as you (the court) are aware, the current text of 18 USC 3582(c)(1)(A)(i) allows me to ask for a sentence reduction, based on extraordinary and compelling reasons that need not involve only medical, elderly, or family circumstances. I was sentenced to 35 years: 1 count discharge of a firearm (10 years) + 1 count (stacked) brandishing a firearm (25 years) in Dec. 2010. If I were sentenced TODAY, I would not have received the same sentence, (Due to "Stacking" being eliminated in the First Step Act). Please consider my age at sentencing (24), My limited Criminal History, No History of Violence (No Felony's), First Offender, Extensive Programming/Courses Taken while incarcerated, (No Discipline Issues) Model Inmate, No Drug +/or alcohol abuse.

### IV. ATTACHMENTS AND REQUEST TO SEAL

Please list any documents you are attaching to this motion. A proposed release plan is included as an attachment. You are encouraged but not required to complete the proposed release plan. A cover page for the submission of medical records and additional medical information is also included as an attachment to this motion. Again, you are not required to provide medical records and additional medical information. For each document you are attaching to this motion, state whether you request that it be filed under seal because it includes confidential information.

| Document | Attached? | | Request to seal? | |
|---|---|---|---|---|
| Proposed Release Plan | ☑ Yes | ☐ No | ☑ Yes | ☐ No |
| Additional medical information | ☐ Yes | ☑ No | ☐ Yes | ☐ No |
| Warden Denial Letter (Response to 1st Motion) | ☑ Yes | | ☑ Yes | ☐ No |
| Basis for Request (as 2nd page to Motion) | ☑ Yes | | ☑ Yes | ☐ No |

## V. REQUEST FOR APPOINTMENT OF COUNSEL

I do not have an attorney and I request an attorney be appointed to help me.

☑ Yes

☐ No

## VI. MOVANT'S DECLARATION AND SIGNATURE

For the reasons stated in this motion, I move the court for a reduction in sentence (compassionate release) under 18 U.S.C. § 3582(c)(1)(A). I declare under penalty of perjury that the facts stated in this motion are true and correct.

___Nov. 6 2020___   ___Eugene A. Thomas___
Date                          Signature

___EUGENE THOMAS___
Name

___76010-083___
Bureau of Prisons Register #

___FCI McDOWELL - MCD McDOWELL FCI___
Bureau of Prisons Facility

___FEDERAL CORRECTIONAL INSTITUTION - FCI McDOWELL P.O. Box 1009___
Institution's Address                                              WELCH, WV 24801

Page 6 of 6

RIS Request: 024771          Thomas, Eugene Reg. No. 76010-083

You requested a reduction in sentence (RIS) and/or a compassionate release based on concerns about being over sentenced through a mandatory minimum of 35 years. After careful consideration, your request is denied.

Title 18 of the United States Code, section 3582(c)(1)(A), allows a sentencing court, on motion of the Director of the BOP, to reduce a term of imprisonment for extraordinary or compelling reasons. BOP Program Statement No. 5050.50, <u>Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. 3582(c)(1)(A) and 4205(g)</u>, provides guidance of the types of circumstances that present extraordinary or compelling reasons, such as the inmate's terminal medical condition; debilitated medical condition; status as a "new law" elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate"; the death or incapacitation of the family member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or registered partner. Your request has been evaluated consistent with this general guidance.

A review of your concerns reveal a reduction in sentence and/or compassionate release is not an appropriate avenue for a resolution to your issue. Your concerns involving over sentencing does not currently warrant an early release from your sentence through this program. Accordingly, your RIS request is denied at this time.

If you are not satisfied with this response to your request, you may commence an appeal of this decision via the administrative remedy process by submitting your concerns on the appropriate form (BP-9) within 20 days of the receipt of this response.

_____          6/29/2020
C. Maruka, Warden                   Date

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

v.

Case No. 1:10-CR-00279-GBL
(write the number of your criminal case)

EUGENE ANTHONY THOMAS
Write your full name here.

PROPOSED RELEASE PLAN
In Support of Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A)

---

**NOTICE**

The public can access electronic court files. Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

If you provide information in this document that you believe should not be publicly available, you may request permission from the court to file the document under seal. If the request is granted, the document will be placed in the electronic court files but will not be available to the public.

Do you request that this document be filed under seal?

☑ Yes

☐ No

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

PROPOSED RELEASE PLAN

To the extent the following information is available to you, please include the information requested below. This information will assist the U.S. Probation and Pretrial Services Office to prepare for your release if your motion is granted.

A. Housing and Employment

Provide the full address where you intend to reside if you are released from prison:

1411 ADMIRAL DRIVE WOODBRIDGE VA 22192

Provide the name and phone number of the property owner or renter of the address where you will reside if you are released from prison:

LATAUNIA ANDERSON 703 626 8087

Provide the names (if under the age of 18, please use their initials only), ages, and relationship to you of any other residents living at the above listed address:

LATAUNIA ANDERSON, 49, FIANCE / XA A█████, 15, SON
RA, 9, SON of LATAUNIA ANDERSON

If you have employment secured, provide the name and address of your employer and describe your job duties:

List any additional housing or employment resources available to you:

PROJECT EMPOWERMENT
OFFENDER AID and RESTORATION

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRIGINIA
__CRIMINAL__ DIVISION

__UNITED STATES OF AMERICA__
Plaintiff(s),

v.

__EUGENE ANTHONY THOMAS__
Defendant(s).

1:10-CR-00279-GBL
Civil Action Number: _____

## LOCAL RULE 83.1(M) CERTIFICATION

I declare under penalty of perjury that:

No attorney has prepared, or assisted in the preparation of __3582 MOTION Compassionate Release/ Sentence Reduction Extraordinary & Compelling Reasons__
(Title of Document)

__EUGENE THOMAS__
Name of *Pro Se* Party (Print or Type)

__Eugene Thomas__
Signature of *Pro Se* Party

Executed on: __Nov 13 2020__ (Date)

OR

The following attorney(s) prepared or assisted me in preparation of _____
(Title of Document)

_____
(Name of Attorney)

_____
(Address of Attorney)

_____
(Telephone Number of Attorney)
Prepared, or assisted in the preparation of, this document

_____
(Name of *Pro Se* Party (Print or Type)

_____
Signature of *Pro Se* Party

Executed on: _____ (Date)