AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:10-cr-279 |
| Eugene Anthony Thomas | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States of America                    .

Date: 11/18/2020

/s/
*Attorney's signature*

George Meggali, NJ 309352019
*Printed name and bar number*

United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314

*Address*

george.meggali2@usdoj.gov
*E-mail address*

(703) 299-3804
*Telephone number*

*FAX number*