IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 1:10-cr-00279 (RDA) |
| ) | |
| EUGENE ANTHONY THOMAS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter comes before the Court on Defendant Eugene Anthony Thomas's ("Defendant") *pro se* Motion to Amend Compassionate Release/Reduction of Sentence ("Motion to Amend") (Dkt. 69). On November 13, 2020, Defendant filed his original Motion for Compassionate Release (Dkt. 66), which the Government opposed (Dkt. 68). Defendant did not file a reply in furtherance of his Motion for Compassionate Release. In the instant Motion to Amend, Defendant has not only requested to amend his original Motion for Compassionate Release, but he has also seemingly included his proposed amendments to his Motion for Compassionate Release. *See generally*, Dkt. 69.

Considering the Motion to Amend (Dkt. 69), it is hereby ORDERED that the Motion to Amend is GRANTED to the extent that Defendant seeks to amend his original Motion for Compassionate Release. The Court will consider Defendant's substantive arguments contained within the Motion to Amend (Dkt. 29) in deciding Defendant's Motion for Compassionate Release. Defendant's Motion for Compassionate Release and the substantive arguments contained within the instant Motion to Amend (Dkt. 29) are under advisement. Should the Government decide to respond to the substantive arguments contained within the Motion to Amend (Dkt. 69), the Government may file its brief in response on or before February 10, 2021.

It is SO ORDERED.

Alexandria, Virginia
February 3, 2021

/s/
Rossie D. Alston, Jr.
United States District Judge