IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 1:10-cr-279 |
| v. ) | |
| ) | |
| EUGENE ANTHONY THOMAS, ) | The Honorable Rossie D. Alston, Jr. |
| ) | |
| Defendant. ) | |

**ORDER**

Upon consideration of the United States' Motion to Extend Time to Respond to Defendant's Amended Motion for Compassionate Release, it is hereby ORDERED that:

The United States' motion is GRANTED, and it is ORDERED that the response deadline of February 10, 2021 is extended to _____, 2021.

ENTERED this _____ day of February, 2021.

_____

Rossie D. Alston, Jr.
United States District Judge