IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 1:10-cr-00279 (RDA) |
| | ) | |
| EUGENE ANTHONY THOMAS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter comes before the Court on the Government's Motion to Extend Time to Respond to Defendant's Amended Motion for Compassionate Release ("Motion"). Dkt. 71. Considering the Motion and for good cause shown, it is hereby ORDERED that the Motion is GRANTED;

IT IS FURTHER ORDERED that on or before February 17, 2021, the Government shall file its response to Defendant's Amended Motion for Compassionate Release (Dkt. 71);

IT IS FURTHER ORDERED that on or before March 3, 2021, Defendant shall file his reply, if any, to the Government's response.

It is SO ORDERED.

Alexandria, Virginia
February 9, 2021

/s/
Rossie D. Alston, Jr.
United States District Judge